An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL D.S. EDWARDS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS W. HERNDON, DISTRICT
JUDGE,
Respondents,
and
NND AGENCY, INC.; DENARDO
AGENCY, A/K/A THE DENARDO
AGENCY, A/K/A NATALIE N.
DENARDO AGENCY; AND NATALIE
NICOLE DENARDO, A/K/A NATALIE
N. DENARDO, A/K/A NATALIE
DENARDO,
Real Parties in Interest.

No. 68464

**FILED**

SEP 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original pro se petition for a writ of mandamus or prohibition challenging a district court partial summary judgment in a telephone consumer protection action. Having considered the petition, we are not persuaded that petitioner met his burden to demonstrate that our extraordinary discretionary intervention is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d

15-27677

840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997).  Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Douglas W. Herndon, District Judge
        Paul D.S. Edwards
        Bremer Whyte Brown & O'Meara, LLP
        Eighth District Court Clerk